SYDNEY D. ROBINS, Respondent, v. AMERICAN EMPLOYERS' INSURANCE COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

CITY BANK FARMERS TRUST COMPANY, as Trustee under a Deed of Trust Dated April 28, 1931, Made by MARY GERTRUDE ABBEY (Now Deceased) for the Benefit of the Said MARY GERTRUDE ABBEY and Others, Appellant, Respondent, v. SUSAN MARGERY ARNOLD and Others, Defendants, Impleaded with BARBARA E. ARNOLD and Others, Defendants, Appellants, Respondents, BESSIE MEAD and Others, Defendants, Appellants, YALE UNIVERSITY and Others, Defendants, Respondents.— Order and judgment, so far as appealed from, affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.; Untermyer, J., dissents and votes to modify upon the ground that the cy pres doctrine does not apply where the gift is contingent upon a specified condition and where accordingly there is no general charitable intent. Settle order on notice.

MINNIE S. ROGERS and Others, as Executors, etc., of MARK H. ROGERS, Deceased, Respondents, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

GLADYS I. CRAGIN, Respondent, v. GEORGE G. ZABRISKIE and MARGARET STOCKTON, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

KATHRYN H. ALLEN, as Committee of HENRY ALLEN, an Incompetent Person, Respondent, v. THE TRAVELERS INSURANCE COMPANY, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ. [171 Misc. 257.]

CLARA L. GRAY, Respondent, v. NEW YORK UNDERWRITERS INSURANCE COMPANY, Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

ABRAHAM ZWENGLER, Respondent, v. HYMAN SCHIFF, Appellant.— Judgment unanimously reversed and a new trial granted, with costs to the appellant to abide the event, on the ground that the verdict of the jury was against the weight of the credible evidence. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

FLORA LANGE, Appellant, v. UNITED CONFECTIONER'S SUPPLY COMPANY, Defendant, Impleaded with J. DIEDRICH SCHEFFER and Others, Respondents.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.